```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )   No. CR-07-158-LRS
              Plaintiff,     )
                             )   ORDER DENYING
v.                           )   DEFENDANT'S MOTION
                             )   FOR BAIL RECONSIDERATION
RAYMOND CORNETT KYLES,       )
                             )
              Defendant.     )
                             )
```

At the March 19, 2008, hearing on Defendant's Motion for Bail Reconsideration, counsel Senit Lutgen appeared with Defendant; Assistant U.S. Attorney Aine Ahmed represented the United States. The matter was taken under advisement to allow Pretrial Services to explore Defendant's proffered release plan and prepare a Supplemental Pretrial Services Report.

The court, having considered the proffers of Defendant and Plaintiff, finds the charges are serious and Defendant has a significant criminal history, including numerous failures to appear.

Defendant's proffered residence plan is to live with Kamilah Hammer, age 20, and her parents. Ms. Hammer has a criminal history and an outstanding warrant. The undersigned is unable to conclude at this time that Defendant's release plan is sufficiently

ORDER DENYING DEFENDANT'S MOTION FOR BAIL RECONSIDERATION - 1

structured. Accordingly, the Defendant's Motion **(Ct. Rec. 53)** is **DENIED.**

**IT IS SO ORDERED**.

DATED April 17, 2008.

<u>S/ CYNTHIA IMBROGNO</u>
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR BAIL RECONSIDERATION - 2