UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND CORNETT KYLES,<br><br>　　　　Defendant. | NO. **CR-07-158-LRS**<br><br>**ORDER GRANTING MOTION**<br>**FOR REDUCTION IN SENTENCE** |

Good cause appearing and the Government having expressly indicated it does not oppose the reduction in sentence sought by Defendant, Defendant's Motion For Reduction In Sentence pursuant to the Fair Sentencing Act of 2010 and 18 U.S.C. Section 3582(c) (ECF No. 92) is **GRANTED**. The District Executive is **DIRECTED** to enter an Amended Judgment which changes the term of Defendant's custody to sixty (60) months.

**IT IS SO ORDERED.** The District Executive shall forward copies of this order to counsel of record, to the U.S. Probation Office (Yakima), to the Director of the Bureau of Prisons (Federal Bureau of Prisons, Central Office, 320 First St., NW, Washington D.C. 20534), and to the United States Sentencing Commission (One Columbus Circle, N.E., Suite 2-500, South Lobby, Washington, D.C. 20002-8002).

**DATED** this __9th__ day of December, 2011.

　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　_____
　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　United States District Judge

**ORDER GRANTING MOTION**
**FOR REDUCTION IN SENTENCE -    1**