Case 2:07-cr-00158-LRS   Document 97   Filed 12/09/11

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
DEC - 9 2011
JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

United States of America )
v. )
RAYMOND CORNETT KYLES )
) Case No:    CR-07-00158-LRS-1
) USM No:    35922-086
Date of Original Judgment:    10/30/2008 )
Date of Previous Amended Judgment: _____ )   Matthew Campbell
(Use Date of Last Amended Judgment if Any)       Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    70   months **is reduced to**    60 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    10/30/2008    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    12/09/2011

                                            _____
                                            Judge's signature

Effective Date:    12/09/2011                Lonny R. Suko, U. S. District Court Judge
    *(if different from order date)*                      *Printed name and title*