PROB 12B
(7/93)

Report Date: January 11, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 2 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raymond Coronett Kyles      Case Number: 2:07CR00158-001-LRS

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 10/29/2008      Type of Supervision: Supervised Release

Original Offense: Possession with the Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base (Crack Cocaine), 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii)

Anticipated Date Supervision will Commence: 02/29/2012

Possession with the Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base (Crack Cocaine), 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii)

Original Sentence: Prison - 70 Months; TSR - 48 Months

Anticipated Date Supervision Expires: 02/28/2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Kyles was originally sentenced to 70 months incarceration with a 48-month term of supervised release to follow. On December 9, 2011, Mr. Kyles' sentence was reduced to 60 months imprisonment. Due to the reduction of his sentence, he is eligible for release from incarceration on February 29, 2012.

As Mr. Kyles has been unable to prepare an adequate release plan, he has requested the assistance of the Court in modifying his terms of supervised release to allow for an up to 180-day placement at the Spokane Residential Reentry Center in order to establish an acceptable release plan. Attached, please find the required waiver of hearing to modify conditions, signed by Mr. Kyles.

Prob 12B
Re: Kyles, Raymond Coronett
January 11, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2012

s/M. D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

1/11/12

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: *Heather Kinsy, Case manager*    Signed: *Raymond Coronett Kyles*
         Heather Kensy                                Raymond Coronett Kyles
        U.S. Probation Officer                       Probationer or Supervised Releasee

1-10-12
Date