PROB 12C
(7/93)

Report Date: May 30, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Cornett Kyles      Case Number: 2:07CR00158-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 10/29/2008

Original Offense:     Possession with the Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base (Crack Cocaine), 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii)

Original Sentence:    Prison - 70 Months;           Type of Supervision: Supervised Release
                      TSR - 48 Months

Asst. U.S. Attorney:  Stephanie A. Van Marter       Date Supervision Commenced: 02/24/2012

Defense Attorney:     Matthew A. Camopbell          Date Supervision Expires: 02/24/2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Following removal from the Spokane Residential Reentry Center on May 18, 2012, Mr. Kyles agreed to reside at the Union Gospel Mission (UGM), until an acceptable release address could be established. On May 23, 2012, this officer contacted the UGM to verify his residence. According to staff at the UGM, Mr. Kyles first checked into the facility on May 21, 2012, however, had not returned. On May 29, 2012, this officer again contacted the UGM to verify Mr. Kyles' residence. According to UGM staff, Mr. Kyles returned to their facility on May 23, 2012, however, since May 23, 2012, he has not returned.<br><br>At the current time, Mr. Kyles' whereabouts are unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Kyles, Raymond Cornett
May 30, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/30/2012

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5-30-12
Date